**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-CR-435-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     DIEGO LOPEZ-MONTANO
2.     JOSE RAMIREZ-RAMIREZ,

    Defendants.

---

**ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS**

---

Upon consideration of the United States Motion to Disclose Grand Jury Material (Doc. # 27), under specified conditions to the attorneys for the Defendants, pursuant to Rule 6(e)(3)(E)(I) of the Federal Rules of Criminal Procedure, it is,

ORDERED that copies of the transcript of testimony given before the Grand Jury and other Grand Jury materials may be disclosed to the attorneys for the Defendants for preparation for trial.

It is FURTHER ORDERED that the disclosed copies of the Grand Jury transcripts and materials are not to be reproduced and are to be retained in the personal custody or office of the attorneys for the Defendants.

DATED: February __16__, 2010    BY THE COURT:

    *Christine M Arguello*
    _____
    CHRISTINE M. ARGUELLO
    United States District Judge