IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00435-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     DIEGO LOPEZ-MONTANO, and
2.     JESUS RAMIREZ-RAMIREZ,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to a telephone conference between all counsel and Chambers staff, the Status/Scheduling Conference in this matter is RESET to **March 19, 2010 at 10:00 a.m.**, in Courtroom A602 of the Arraj Courthouse.

    DATED: March 10, 2010