**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00435-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **DIEGO LOPEZ-MONTANO,** and
2. JESUS RAMIREZ-RAMIREZ,

    Defendants.

---

## ORDER TO CALL TO SET CHANGE OF PLEA HEARING

---

In response to the Notice of Disposition (Doc. # 34) filed in the above matter on behalf of Defendant Diego Lopez-Montano, it is ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) <u>no later than May 10, 2010</u> to set this matter for a Change of Plea Hearing for Defendant Lopez-Montano.

This Court notes that the following dates remain on her docket with regard to Defendant Jesus Ramirez-Ramirez:

| | |
|---|---|
| Motions Hearing (half-day) | June 14, 2010 at 9:00 a.m. |
| Final Trial Preparation Conference | July 6, 2010 at 9:00 a.m. |
| Five-Day Jury Trial | July 19, 2010 at 9:00 a.m. |

DATED: May __04__, 2010

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge